# THE MARKS LAW FIRM, P.C.

September 4, 2024

The request to adjourn is GRANTED. The Initial Pretrial Conference is rescheduled to Thursday, October 10, 2024 at 2 PM.

The Clerk of Court is directed to terminate the motion at Dkt. 8.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: September 5, 2024

*FILED VIA ECF*

Hon. Judge Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

RE:     **Altaune Brown v. Birriales Inc., et al.**
          Index: 1:24-cv-04378-AS

Dear Judge Subramanian,

Pursuant to Section 3(E) of Your Honor's Individual Part Rules ("Requests for Adjournments or Extensions of Time"), Plaintiff respectfully requests a thirty (30) day adjournment of the Initial Conference from **September 10, 2024,** to **October 10, 2024**, in accordance with Your Honor's June 10, 2024 Order [Dkt. 5].

The reason for this request, is that, our office has been in communication with Eric M. Zim, Esq. from Horwitz & Zim Law Group, P.C., who advised that he may be representing Defendant, Property Management of 127 Corp. in this action. Our office then apprised Mr. Zim of this Court's deadlines and directives, including the September 5, 2024 deadline to file a Case Management Plan and Joint Letter [Dkt. 5]. Additionally, Mr. Zim informed us that he was investigating this matter and intended to discuss this litigation with the tenant, Defendant, Birriales, Inc., so that said Defendant could appear and meaningfully participate in this action.

In light of the above, Plaintiff requests a thirty (30) day adjournment of the Initial Conference from **September 10, 2024** to **October 10, 2024**, to allow Defendants to investigate this matter, appear and meaningfully participate in this litigation before proceeding with the Initial Conference and accompanying discovery schedule. This is the first request of its kind and is being made on behalf of both Defendants.

We thank you and the Court for your time and consideration.

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com